Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Kelly S. Day

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| KELLY S. DAY, | ) Case No.: 1:10-cv-575 SKO |
| Plaintiff, | ) **STIPULATION AND ORDER OF DISMISSAL** |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Kelly S. Day ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///

///

-1-

("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.

DATE: September 27, 2010          Respectfully submitted,

                                      LAW OFFICES OF LAWRENCE D. ROHLFING

                                      /s/ *Denise Bourgeois Haley*
                      BY:_____
                                      Denise Bourgeois Haley
                                      Attorney for plaintiff Kelly S. Day

DATED: September 28, 2010   BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ *Brenda M. Pullin*
                                      _____
                                      Brenda M. Pullin
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant Michael J. Astrue,
                                      Commissioner of Social Security
                                      (Per e-mail authorization 09/28/2010)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KELLY S. DAY, ) | Case No.: 1:10-cv-575 SKO |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| vs. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated: __September 29, 2010__         _____/s/ Sheila K. Oberto_____
                                                     UNITED STATES MAGISTRATE JUDGE